IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DR. FREDDIE JORDAN, | : |
| Plaintiff, | : |
| vs. | : Case No. C2-08-CV-1122 |
| THE OHIO STATE UNIVERSITY C/O GORDAN GEE, | : |
| Defendant. | : |

## ORDER

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley currently holds a position on the Board of Trustees for The Ohio State University. The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

                                                  s/Algenon L. Marbley
                                                  **ALGENON L. MARBLEY**
                                                  **UNITED STATES DISTRICT JUDGE**

**DATE: December 1, 2008**